ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CONSUELO MILEN HUERTA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:25-cv-01486-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 5, 2025, up to and including October 6, 2025.  This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 27, 2025           /s/ *Paul Sachelari\**
                                 (*as authorized via e-mail on August 27, 2025)
                                 PAUL SACHELARI
                                 Attorney for Plaintiff

Dated: August 27, 2025           ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                          By:    /s/ *Erin Jurrens*
                                 ERIN JURRENS
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 6, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: August 27, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE