ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUELO MILEN HUERTA,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 2:25-cv-01486-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

   IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

   Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the claimant's residual functional capacity, taking into account the opinion evidence and other evidence of record, including evidence related to the claimant's need for an assistive device for ambulation; obtain medical expert evidence, as warranted; offer the claimant the

STIPULATION TO REMAND

opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: October 1, 2025　　　　　　　　　　/s/ *Paul Sachelari*\*
　　　　　　　　　　　　　　　　　　　　(\*as authorized via e-mail on October 1, 2025)
　　　　　　　　　　　　　　　　　　　　PAUL SACHELARI
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: October 1, 2025　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　　　　Head of Program Litigation 1
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　By:　　/s/ *Erin Jurrens*
　　　　　　　　　　　　　　　　　　　　ERIN JURRENS
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**[PROPOSED] ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: October 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE